IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

        Plaintiff,                          CV F 04 5587 AWI WMW

    vs.                                   ORDER

A. K. SCRIBNER, et al.,

        Defendants.

On February 21, 2007, an order was entered, dismissing the operative complaint and directing Plaintiff to file an amended complaint. Plaintiff failed to do so, and on March 28, 2007, a recommendation of dismissal was entered. On March 27, 2007, Plaintiff filed a first amended complaint.

Accordingly, IT IS HEREBY ORDERED that the March 28, 2007, recommendation of dismissal is vacated. This action proceeds on the March 27, 2007, first amended complaint.

IT IS SO ORDERED.

**Dated:**   **May 16, 2007**                    /s/  **William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE