IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

        Plaintiff,        CV F 04 5587 AWI WMW PC

    vs.                      ORDER

A. K. SCRIBNER, et al.,

        Defendants.

On January 14, 2008, Plaintiff was directed to complete and return to the court a USM 285 form for service of process upon Defendant Lopez. Plaintiff returned the form to the Court, with the name of Defendant Lopez. Plaintiff provides no other identifying information as to Defendant Lopez. In order to properly effect service of process, Plaintiff must provide as much information as he can. For example, Defendant's place of employment at the time of the event at issue, and, if known, his current place of employment.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall return the USM 285 form to Plaintiff.

2. Plaintiff shall provide further identifying information, and return the form to the court within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated:   February 8, 2008          /s/  William M. Wunderlich
                                   UNITED STATES MAGISTRATE JUDGE